THE PEOPLE OF THE STATE OF NEW YORK ex rel. 164 EAST 72ND STREET CORPORATION, Appellant-Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [164 E. 72nd St., Borough of Manhattan.] — Order unanimously modified by fixing assessments as follows:

|          | Land      | Building  | Total     |
|----------|-----------|-----------|-----------|
| 1942–43  | $190,000  | $435,000  | $625,000  |
| 1943–44  | 190,000   | 430,000   | 620,000   |
| 1944–45  | 190,000   | 425,000   | 615,000   |

and as so modified affirmed, with $20 costs and disbursements to the defendants-appellants. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.